IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **TONY HOPPS**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF TAMPA, DETECTIVE GENE STRICKLAND, DETECTIVE J.D. O'NOLAN, DETECTIVE GEORGE MCNAMARA, AND AS-OF-YET UNKNOWN EMPLOYEES OF THE CITY OF TAMPA,** <br><br> Defendants. | No. 8:24-CV-2806 |

## MOTION FOR AN ORDER REMOVING PAUL WRIGHT FROM THE COURT DOCKET

Now Comes, Plaintiff TONY HOPPS, by and through his attorneys, LOEVY & LOEVY and the HUMAN RIGHTS DEFENSE CENTER, and request that Paul Wright be removed from the docket on this case. In support of this motion, Plaintiff states as follows:

1. Plaintiff filed his civil complaint on December 5, 2024. Dkt. 1

2. Paul Wright was inadvertently added to the signature block before filing. He is not an attorney and should not remain on the docket as counsel of record in this case.

WHEREFORE, Plaintiff respectfully requests this Court grant an order removing Mr. Wright from the docket.

Respectfully submitted,

                              Tony Hopps

                              By: /s/_____
                                    *One of Hopps's Attorneys*

| | |
|---|---|
| Jon Loevy* | Jonathan P. Picard |
| Gayle Horn* | Human Rights Defense Center |
| Heather Lewis Donnell* | P.O. Box 1151 |
| Rachel Brady* | Lake Worth, FL 33460 |
| LOEVY & LOEVY | (561) 360-2523 |
| 311 N. Aberdeen St. | |
| Chicago, IL 60607 | |
| (312) 243-5900 | |

*pro hac vice applications forthcoming