IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

**TONY HOPPS**,

     Plaintiff,

v.

**CITY OF TAMPA, DETECTIVE
GENE STRICKLAND,
DETECTIVE J.D. O'NOLAN,
DETECTIVE GEORGE
MCNAMARA, AND AS-OF-YET
UNKNOWN EMPLOYEES OF
THE CITY OF TAMPA,**

     Defendants.

Case No: 24-cv-02806-VMC-AEP

Judge Virginia M. Hernandez
Covington

## PARTIES' STIPULATION OF DISMISSAL

Now Comes, Plaintiff and Defendants, by and through their attorneys, to provide the Court an update on the status of their settlement process.

1.    The Parties advise that all of the Parties have executed the Settlement Agreement.

2.    The Parties stipulate that the case is dismissed without prejudice to be converted to a dismissal with prejudice within thirty (30) days.

WHEREFORE, the Parties stipulate that this case is dismissed without prejudice to be converted to a dismissal with prejudice in thirty (30) days.

Respectfully Submitted,

*/s/ David E. Harvey*
David Harvey, Esq.
Asst. City Attorney
Florida Bar No.: 610046
City Attorney's Office
315 E. Kennedy Blvd., 5th Floor
Tampa, FL 33602
Telephone: (813) 274-8791
David.Harvey@tampagov.net
Laytecia.McKinney@tampagov.net
*Counsel for Defendant City of Tampa*

*/s/ Heather Lewis Donnell*
Jon Loevy
Gayle Horn
Heather Lewis Donnell
Rachel Brady
Loevy & Loevy
311 N. Aberdeen St.
Chicago, Illinois 60607
(312) 243-5900
*Counsel for Plaintiff, Tony Hopps*

*/s/Andrew Dayes*
DAYES LAW FIRM
727 2nd Street South
Safety Harbor, Florida 34695
Telephone: 727.240.1332
Facsimile: 727.440.8188
Email: aid@dayeslaw.com
*Counsel for Strickland*

Jonathan Picard
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, Florida 33460
(561) 360-2523
*Counsel for Plaintiff, Tony Hopps*

## CERTIFICATE OF SERVICE

I, Heather Lewis Donnell, an attorney, hereby certify that on January 9, 202, a true and correct copy of the foregoing was filed with the Court's CM/ECF system and thereby served all counsel of record electronically.

Respectfully Submitted.

/s/ Heather Lewis Donnell